SIDNEY A. ACKLEY, RESPONDENT, *v.* SIDNEY L. SEAMAN
AND OTHERS, APPELLANTS.

Judgment reversed and order of reference vacated, and new trial granted at Circuit.

Opinion by BARNARD, P. J.

---

JAMES BIGLER AND OTHERS, RESPONDENTS, *v.* WILLIAM
PINKNEY, SURVIVOR, &c., APPELLANT.

Judgment affirmed, with costs.

Opinion by GILBERT, J.

---

MARY WRIGHT, APPELLANT, *v.* GEORGE M. TERRY AND
OTHERS, RESPONDENTS.

Exception overruled, and judgment for the defendant.

Opinion by DYKMAN, J.

---

ADALINE KILLMER, APPELLANT, *v.* JOHN A. COON,
RESPONDENT.

Order of February 7, 1880, affirmed, with costs and disbursements. Order of April 3, 1880, affirmed, with costs and disbursements.

Opinion by DYKMAN, J.

---

HARRIET B. BERDELL *v.* ROBERT H. BERDELL.

Order affirmed, with costs and disbursements.

Opinion by DYKMAN, J.

---

JOHN L. BERGEN AND WIFE, RESPONDENTS, *v.* MARY WYCK-
OFF AND OTHERS, DEFENDANTS, IMPLEADED WITH FRANK
CROOKE, PURCHASER AND APPELLANT.

Order affirmed, with costs and disbursements, except as to that part of order which directs attachment, which part is stricken out.

Opinion by BARNARD, P. J.

---

JAMES H. WELLES, RESPONDENT, *v.* OLIVER DOWNS,
EXECUTOR, &c., APPELLANT.

Order granting costs reversed, with costs and disbursements.

Opinion by DYKMAN, J.